**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Katrina MOODY, Respondent.**

**Commonwealth of Pennsylvania, Petitioner,**

v.

**Barbara Ivery, Respondent.**

**Commonwealth of Pennsylvania, Petitioner,**

v.

**Bernadette Archie, Respondent.**

Supreme Court of Pennsylvania.

Nov. 7, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of November, 2013, the Petitions for Allowance of Appeal are **GRANTED, LIMITED TO** the issues set forth below. The issues accepted for appeal, as stated by Petitioner with slight modifications, are:

(1) Did the Superior Court err in ruling that Respondent's violent in-court conduct was not summary direct criminal contempt because the trial court supposedly did not observe the conduct?

(2) In cases of summary direct criminal contempt, is a defendant entitled to counsel and to call witnesses?